CHARLES A. BISHOP, Respondent, v. GARDINER-MACE COMPANY, INCORPORATED, WILLIAM RAY GARDINER and ALFRED C. MACE, JR., Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that it sufficiently appears that plaintiff has full knowledge of the

matters as to which he seeks examination. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.